IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 50, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 08-cv-0271-MJR |
| CPC LOGISTICS, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

**REAGAN, District Judge:**

This matter comes before the Court on the stipulation for dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41, signed by Plaintiff, International Brotherhood of Teamsters, Local 50, and Defendant, CPC Logistics, Inc. (Doc. 11).

Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly. Pursuant to the parties' stipulation, each party shall bear its own fees and costs. The Court retains jurisdiction to enforce the Settlement Agreement entered into between the parties in the form attached to the parties' stipulation (Exhibit A), pursuant to *Kokkonen v. Guardian Life Ins. Co.of America*, **511 U.S. 375 (1994)**.

**IT IS SO ORDERED.**

**DATED this 31st day of July, 2008**

                                                                  s/Michael J. Reagan
                                                                  **MICHAEL J. REAGAN**
                                                                  **United States District Judge**